UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DERWOOD STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:09-CV-101 |
| v. ) | |
| ) | *LEE* |
| FEDERAL CROP INSURANCE ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A status conference was held on April 29, 2010, during which attorney John P. Partin appeared by telephone on behalf of Plaintiff, and Assistant United States Attorney M. Kent Anderson appeared in person on behalf of Defendants. The parties informed the Court that they have held their Rule 26(f) meeting, during which two threshold issues became apparent: (1) whether the matter should be resolved on the basis of an administrative record review or with a de novo trial, and (2) if with a trial, whether the trial should be had with or without a jury. The Court is persuaded that interests of judicial economy militate in favor of addressing these threshold issues before setting a trial date or discovery deadlines. Accordingly, the parties are **ORDERED** to submit initial briefs addressing these threshold issues by **June 30, 2010**, and, if they choose to do so, they may also file a responsive brief by **July 19, 2010**.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE